## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| |
|---|
| In Re DMCA Subpoena to<br>Name.com, Inc. |

Case No. **25-mc-320**

### SUBPOENA TO PRODUCE INFORMATION PURSUANT TO 17 U.S.C. § 512(h)

To:   Name.com, Inc.
      414 14th Street #200
      Denver, Colorado 80202
      abuse@name.com

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

> All identifying information, including the host, origin Internet Protocol address(es), name(s), address(es), telephone number(s), payment method(s), any electronic mail addresses, as well as all domain names associated with the operator(s) of the domains listed in Exhibit 1 ("Subject Domain Names"), and logs of Internet Protocol addresses including time stamps used to access the accounts associated with the Subject Domain Names or send email using the Subject Domain Names and associated mail servers.

| **Place:** Please produce electronically to dweslow@wiley.law and ldeskins@wiley.law. | **Date and Time:**<br>June 16, 2025<br>5:00 p.m. EST |
|---|---|

The following provisions of Fed. R. Civ. P. 45 apply – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

CLERK OF COURT

Date: _____6/3/2025_____          _____

                                        *Signature of Clerk of Deputy Clerk*

The name, address, email address, and telephone number of the attorney representing Tamaris (Gibraltar) Limited, who issues or requests this subpoena, are: David E. Weslow, Wiley Rein LLP, 2050 M Street NW, Washington DC 20036, dweslow@wiley.law, (202) 719-7525.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).